IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JASON D. NICHOLS,

          Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                                Case No. 11-cv-697-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

          Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jason D. Nichols reversing the decision of the Commissioner of Social Security denying plaintiff's application for disability insurance benefits and remanding this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

_/s/ Peter Oppeneer_                                  10/22/13
Peter Oppeneer, Clerk of Court                   Date