IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JASON NICHOLS,

        Plaintiff,                       JUDGMENT IN A CIVIL CASE

    v.                                       Case No. 11-cv-697-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Jason Nichols attorney fees and costs in the amount of $5,300.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


        s/ A. Wiseman, Deputy Clerk             March 27, 2014
         Peter Oppeneer, Clerk of Court                Date